**EXHIBIT 1**

CONFIDENTIAL

# MOUNTAIN COMPREHENSIVE HEALTH CORPORATION
## BID PROPOSAL WORKSHEET

**PHARMACY NAME** _____

*Please complete the following scenarios, based on the proposal you submitted so that we may compare bids. Please complete the following highlighted sections. Thank you.*

1. Monthly Rent

2. Administration fee/percentage paid on 340b cost of drugs bi-monthly

3. Scenarios for reimbursement

| Payor Type | DRUG | 340B COST OF DRUG | Pharmacy Cost ( cost + admin % or fee) - terms should equal # 2 above | Plan Paid on Drug | Patient Pay on Drug | Total Retail Price | DISPENSING FEE | Pharmacy Net Profit | Total Paid to MCHC | % Paid of Net Profit |
|---|---|---|---|---|---|---|---|---|---|---|
| Insurance | A | 5.00 | | 45.00 | 10.00 | 55.00 | 20.00 | | | |
| Cash Patient | A | 5.00 | | - | 10.00 | 10.00 | 20.00 | | | |
| Insurance | B | 0.50 | | 200.00 | 10.00 | 210.00 | 20.00 | | | |
| Cash Patient | B | 0.50 | | - | 25.00 | 25.00 | 20.00 | | | |

*scenario does not include cost of drug and administration fee or percentage on drugs. Please specify if this is included in your proposal by completing "Pharmacy Cost" column above, if applicable.

4. Any other pertinent information that is included in proposal: (Please provide details)

_____
_____
_____
_____

WCHC000001