UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| United States of America ex rel. William R. Hall, et al., | |
| *Plaintiffs*, | Civil No. 15-00060-ART-EBA |
| v. | Motion to Dismiss |
| Mountain Comprehensive Health Corporation, et al., | |
| *Defendants*. | |

## MOUNTAIN COMPREHENSIVE HEALTH CORPORATION'S MOTION TO DISMISS

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendant Mountain Comprehensive Health Corporation ("MCHC"), through counsel, hereby moves the Court to dismiss relators' Complaint. Dismissal of all claims against MCHC is proper because relators failed to timely serve MCHC within the 90-day time limit set forth in Rule 4(m) of the Federal Rules of Civil Procedure. Relators' failure to effectuate service is also a violation of this Court's March 23, 2016 Order. Given relators' disregard for Rule 4(m) and the Court's Order, MCHC requests that the Court dismiss relators' Complaint against MCHC.

A separate memorandum of points and authorities and a proposed order are being filed herewith.

                Respectfully submitted,

                Polly & Smallwood

                */s/ Gene Smallwood*

                Gene Smallwood, Jr.
                127 Main Street, Suite C
                Whitesburg, Kentucky 41858
                Telephone: (606) 633-4469
                Facsimile: (856) 453-0911
                gslex1127@yahoo.com

                Feldesman Tucker Leifer Fidell LLP

                Matthew S. Freedus
                (District of Columbia Bar No. 475887)
                Jonay M. Foster
                (Virginia Bar No. 86997)
                1129 20th Street, N.W., Suite 400
                Washington, DC 20036
                Tel.: (202) 466-8960
                Fax: (202) 293-8103
                mfreedus@ftlf.com
                jfoster@ftlf.com

## CERTIFICATE OF SERVICE

This document was mailed for filing, if permitted, in paper form with the U.S. District Court Clerk, Eastern District of Kentucky, Southern Division, at Pikeville, and notice of same was electronically sent by the clerk to Mr. Anthony P. Ellis, counsel for Plaintiffs. Copy of same was also placed in the U.S. mail, postage prepaid, to Mr. Ellis at Thompson & Ellis, PLC, 734 W. Main, Suite 200, Louisville, Kentucky 40202 this the 27th day of July, 2016.

_____
Counsel for Defendant, MCHC